UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. SWAIM<br>6112 Tidefall Court<br>Wilmington, NC 28403,<br><br>      Plaintiff,<br>  v.<br><br>JOHN PHELAN, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity,<br>1000 Navy Pentagon<br>Washington, DC 20350,<br><br>UNITED STATES DEPARTMENT OF THE NAVY<br>1000 Navy Pentagon<br>Washington, DC 20350, and<br><br>BOARD FOR CORRECTION OF NAVAL RECORDS<br>701 S. Courthouse Road<br>Building 12, Suite 1001<br>Arlington, VA 22204,<br><br>      Defendants. | Civil Action No. 1:25-cv-02526-DLF |

## MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(3)

Elizabeth S. Redenbaugh, as Executor of the Estate of Robert A. Swaim, moves this court pursuant to Rule 25(a) of the Federal Rules of Civil Procedure for an order substituting her as plaintiff for Robert A. Swaim, now deceased, for the reasons set forth in the affidavit attached hereto as Exhibit A.  In addition, Plaintiffs ask that the caption be amended to reflect the full names of the Plaintiffs, which are Elizabeth S. Redenbaugh and Robert A. Swaim.  A proposed order is also submitted herewith as Exhibit B.

Dated:  December 9, 2025

Respectfully submitted,

*/s/ Kevin E. Gaunt*
Kevin E. Gaunt (DC Bar No. 1008697)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037-1701
Telephone: (202) 955-1500
kgaunt@hunton.com


Esther Leibfarth (DC Bar No. 1016515)
Rochelle Bobroff (DC Bar No. 420892)
NATIONAL VETERANS LEGAL
SERVICES PROGRAM
1100 Wilson Blvd., Suite 900
Arlington, VA 22209
Phone: (202) 621-5681
esther@nvlsp.org rochelle@nvlsp.org

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 9th day of December 2025, the foregoing Motion for Substitution of Plaintiff Under Rule 25(a)(1) was served on (i) all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system and (ii) Elizabeth S. Redenbaugh, daughter of Robert A. Swaim and anticipated successor/representative, by means of personal service at her address listed on Robert Swaim's Certificate of Death.

*/s/ Kevin E. Gaunt*
Kevin E. Gaunt (DC Bar No. 1008697)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037-1701
Telephone: (202) 955-1500
kgaunt@hunton.com