UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. SWAIM<br>6112 Tidefall Court<br>Wilmington, NC 28403,<br><br>           Plaintiff,<br>    v.<br><br>JOHN PHELAN, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity,<br>1000 Navy Pentagon<br>Washington, DC 20350,<br><br>UNITED STATES DEPARTMENT OF THE NAVY<br>1000 Navy Pentagon<br>Washington, DC 20350, and<br><br>BOARD FOR CORRECTION OF NAVAL RECORDS<br>701 S. Courthouse Road<br>Building 12, Suite 1001<br>Arlington, VA 22204,<br><br>           Defendants. | Civil Action No. 1:25-cv-02526-DLF |

### AFFIDAVIT OF ELIZABETH S. REDENBAUGH
### IN SUPPORT OF MOTION FOR SUBSTITUTION OF PLAINTIFF

Personally appeared before the undersigned attesting officer duly authorize to administer oaths, Elizabeth S. Redenbaugh, Executor of the Estate of Robert A. Swaim, Deceased, who after begin duly sworn, deposes and states as follows:

1. This affidavit is given on the basis of my personal knowledge regarding the above-styled action and more particularly the Motion for Substitution of Plaintiff.

2. On August 18, 2025, Plaintiff Robert A. Swaim died testate.

3. On September 19, 2025, I was duly appointed Executor of the Estate of Robert A. Swaim, Deceased, by the Superior Court for New Hanover County, North Carolina, and I have duly qualified and am now acting as such. A true and correct copy of the Letters Testamentary are attached hereto.

FURTHER AFFIANT SAYETH NAUGHT.

This 24th day of November, 2025.

_____
Elizabeth S. Redenbaugh

Subscribed and sworn to before me
This 24 day of November, 2025
_____
Notary Public
My commission expires: 10/16/2027

[Notary Seal: ARBER LEWIS, NOTARY PUBLIC, NEW HANOVER COUNTY, NC, MY COMMISSION EXPIRES OCTOBER 16, 2027]