# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. SWAIM<br>6112 Tidefall Court<br>Wilmington, NC 28403,<br><br>      Plaintiff,<br>  v.<br><br>JOHN PHELAN, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity,<br>1000 Navy Pentagon<br>Washington, DC 20350,<br><br>UNITED STATES DEPARTMENT OF THE NAVY<br>1000 Navy Pentagon<br>Washington, DC 20350, and<br><br>BOARD FOR CORRECTION OF NAVAL RECORDS<br>701 S. Courthouse Road<br>Building 12, Suite 1001<br>Arlington, VA 22204,<br><br>      Defendants. | Civil Action No. 1:25-cv-02526-DLF |

## ORDER SUBSTITUTING PLAINTIFF AND CORRECTING CASE STYLE

This matter having come before the Court on Plaintiff's Motion for Substitution of Plaintiff pursuant to Rule 25(a) of the Federal Rules of Civil Procedure and for good cause shown, it is hereby ordered that Elizabeth S. Redenbaugh, as Executor of the Estate of Robert A. Swaim, is substituted as the proper party plaintiff in the place of Robert A. Swaim, now deceased.  In addition, the caption shall be amended accordingly to reflect this order.

This _____ day of _____, 2025.

                                                        _____
                                                        The Honorable Dabney L. Friedrich
                                                        U.S. District Court Judge