UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH REDENBAUGH,
Executor of the Estate of Robert A. Swaim,

        Plaintiff,

   v.

HUNG CAO[1], in his official capacity as
Acting Secretary of Navy, et al.,

        Defendants.

Civil Action No. 25-2526 (DLF)

## CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

Pursuant to this Local Civil Rule 7(n)(1), Defendants Hung Cao Secretary of the Navy,

the United States Department of the Navy, and the Board for Correction of Naval Records, by

and through the undersigned counsel, respectfully file a certified list of the contents of the

administrative record.

Date: June 11, 2026

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ Bisola Oni*
BISOLA ONI
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0872
Bisola.oni@usdoj.gov

*Attorneys for the United States of America*

---

[1] Substituted for John Phelan as Secretary of the Navy

**ADMINISTRATIVE RECORD INDEX ICO ROBERT SWAIM**

| Tab | Document | Date | Page |
|---|---|---|---|
| 1 | BCNR Decision – Docket No. 6927-22 | June 5, 2024 | 001–011 |
| 2 | AGC (M&RA) Decision Letter – Docket No. 6927-22 | June 5, 2024 | 012-014 |
| 3 | BCNR Docket NR20220006927 – Recorder Log | December 14, 2023 | 015–017 |
| 4 | BCNR Docket NR20220006927 – Advisory Opinion | December 12, 2023 | 018-023 |
| 5 | BCNR Docket NR20250002456 – Acknowledgment of Application | September 21, 2022 | 024 |
| 6 | BCNR Docket NR20250002456 – Application Package | Various | 025–265 |
| 7 | Official Military Personnel File ICO Robert Swaim | Various | 266-538 |