

# DEPARTMENT OF THE NAVY

*Washington, D. C.,* ...............................................................................................

**I hereby certify** *that the annexed* ...............................................................

........................................................................................................................

........................................................................................................................

........................................................................................................................

*on file in the* .................................................................................................

...............................................................................................................
(Official Title)

## OFFICE OF THE SECRETARY

**I hereby certify** *that* ...............................................................................

*who signed the foregoing certificate, was at the time of signing*

........................................................................................................................

*and that full faith and credit should be given her certification*

*as such.*

**In testimony whereof,** *I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* .................... *day of* ................................. , *two thousand* .............................................

.............................................................

NAVJAG 5800/2 (REV. 02-07)

```
F. J. YUZON
Captain, Judge Advocate General's Corps, U.S. Navy
Assistant Judge Advocate General (Civil Law)
For the Secretary of the Navy
```